**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

**EDITH PRENTISS, Individually and on Behalf of**
**All Others Similarly Situated,**

                                      **Plaintiff,**

                -against-                                                          **Case No.: 19-cv-05235-MKB-ST**

**IKEA US RETAIL LLC and TRANS EXPRESS**
**INC.,**

                                      **Defendants.**

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearance of Joseph J. Lynett, from the law firm of Jackson Lewis P.C. as attorneys for Defendant, IKEA US Retail LLC, in this action.

Joseph J. Lynett, Esq.
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-6888
Fax: (914) 946-1216
joseph.lynett@jacksonlewis.com

                                              By:    */s/ Joseph J. Lynett*
                                                         Joseph J. Lynett, Esq.
                                                          *ATTORNEYS FOR DEFENDANT*

Dated:  November 4, 2019
           White Plains, New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

**EDITH PRENTISS, Individually and on Behalf of All Others Similarly Situated,**

                                  **Plaintiff,**

            **-against-**                             **Case No.: 19-cv-05235-MKB-ST**

**IKEA US RETAIL LLC and TRANS EXPRESS INC.,**

                                  **Defendants.**

------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

        This is to certify that a true and correct copy of Defendant's Notice of Appearance has been filed via ECF and served via U.S. First Class Mail on the 4th day of November 2019 on Plaintiff at the address set forth below:

> James E. Bahamonde, Esq.
> James E. Bahamonde, P.C.
> 2501 Jody Court
> North Bellmore, NY 11710
> 516-783-9662
> *Attorneys for Plaintiff*

                                              */s/ Joseph J. Lynett*
                                              Joseph J. Lynett