UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

EDITH PRENTISS, Individually and on Behalf of
All Others Similarly Situated,

                                       **Plaintiff,**

            -against-                                    Case No.: 19-cv-05235-MKB-ST

IKEA US RETAIL LLC and TRANS EXPRESS
INC.,

                                       **Defendants.**

----------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

       Please enter the appearance of Rebecca M. McCloskey, from the law firm of Jackson Lewis P.C. as attorneys for Defendant, IKEA US Retail LLC, in this action.

Rebecca M. McCloskey, Esq.
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-6893
Fax: (914) 946-1216
rebecca.mccloskey@jacksonlewis.com

                                     By:    */s/ Rebecca M. McCloskey*
                                                    Rebecca M. McCloskey, Esq.
                                                    *ATTORNEYS FOR DEFENDANT*

Dated: November 4, 2019
        White Plains, New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

**EDITH PRENTISS, Individually and on Behalf of**
**All Others Similarly Situated,**

                                        **Plaintiff,**

            **-against-**

                                        **Case No.: 19-cv-05235-MKB-ST**

**IKEA US RETAIL LLC and TRANS EXPRESS**
**INC.,**

                                        **Defendants.**

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        This is to certify that a true and correct copy of Defendant's Notice of Appearance has been filed via ECF and served via U.S. First Class Mail on the 4th day of November 2019 on Plaintiff at the address set forth below:

                        James E. Bahamonde, Esq.
                      James E. Bahamonde, P.C.
                          2501 Jody Court
                    North Bellmore, NY 11710
                           516-783-9662
                        *Attorneys for Plaintiff*

                                        */s/ Rebecca M. McCloskey*
                                        Rebecca M. McCloskey