

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

ssverdlov@seyfarth.com

T (212) 218-5547

www.seyfarth.com

November 19, 2019

<u>**VIA ECF**</u>

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *Prentiss v. IKEA US Retail LLC et al.*,
<u>**Case No.: 1:19-cv-05235-MKB-ST (E.D.N.Y.)**</u>

Dear Judge Tiscione:

      This firm represents Defendant Trans Express Inc. ("Trans Express") in the above-referenced matter.  We write jointly with Defendant IKEA US Retail LLC ("IKEA") (collectively with Trans Express, "Defendants") and Plaintiff Edith Prentiss ("Plaintiff") to respectfully request an: (1) extension of Defendants' responsive pleading deadlines to January 6, 2020; and (2) adjournment of the in-person settlement conference from December 16, 2019 to January 30 2020. The previous letter filed on November 19, 2019 was filed in error.  (ECF No. 14.)

      By way of background, Plaintiff filed this action on September 12, 2019.  (ECF No. 1.)  On October 21, 2019, Trans Express filed a request for an extension of its responsive pleading deadline to November 21, 2019, and on November 4, 2019, IKEA filed a request for an extension of its responsive pleading deadline to December 4, 2019.  (ECF Nos. 9, 13.)  The Court granted both requests.  Additionally, on October 22, 2019, the Court issued an Order for an in-person settlement conference for December 16, 2019.  (ECF No. 10.)

      This is Defendants' second request for an extension of their responsive pleading deadlines, and the parties' first request for an adjournment of the in-person settlement conference.  Since the Court granted the Defendants' first request for an extension of the responsive pleading deadline, Defendants investigated the allegations in the Complaint, and Plaintiff and Defendant Trans Express Inc. have exchanged settlement proposals.  In the effort to minimize the expenditure of fees and costs, the parties respectfully request this additional time to continue focusing their resources and attention on direct discussions regarding a potential non-litigated resolution of this matter.

      We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

60297237v.1



Hon. Steven L. Tiscione
November 19, 2019
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

cc:   All counsel of record (via ECF)

60297237v.1